**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **MAGISTRATE NO. 26-mj-789** |
| | **:** | |
| **v.** | **:** | **FILED UNDER SEAL** |
| | **:** | |
| **SEOK JOON LEE** | **:** | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**
**AND ARREST WARRANT**

I, Patrick Burke, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December of 2020. I am currently assigned to the Philadelphia Division, specifically to the counterintelligence squad, which is responsible for investigating, among other things, national security threats and potential violations of federal criminal laws that involve the use of computers. I have received training from the FBI in the field of counterintelligence. I have also investigated and assisted other agents in investigating numerous cases involving a variety of criminal violations including fraud, money laundering, narcotics trafficking, human trafficking, violent crime, and crimes against children. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute search warrants issued under the authority of the United States.

2.    I submit this affidavit in support of an application for a Criminal Complaint and Arrest Warrant charging Seok Joon LEE ("LEE") with violating 18 U.S.C. § 912 (impersonating a federal officer and acting as such), (the "Subject Offense").

3.      The information in this affidavit is based on my own investigation and training, and that of other law enforcement officers, interviews and information provided by witnesses, and physical surveillance, as well as review and analysis of police reports and other records. This affidavit does not include every fact known to me, but only those facts that I believe are sufficient to establish probable cause for the issuance of a Criminal Complaint and Arrest Warrant. All dates, times and amounts set forth below are approximate.

## SUMMARY OF INVESTIGATION

### Background of Seok Joon LEE

4.      Seok Joon LEE ("LEE") was born in the Republic of Korea in 1971 and is a native and citizen of that country. LEE's mother, who was born in the Republic of Korea in 1940, became a naturalized United States citizen in 2006. In 2007, LEE's mother filed a Form I-130, Petition for Alien Relative, with United States Immigration and Citizen Services ("USCIS"), seeking to admit LEE to the U.S. as a legal permanent resident ("LPR" or colloquially, "green card holder"), and in 2010, USCIS approved the application. LEE remains a legal permanent resident.

### LEE's Access to Firearms

5.      As a green card holder, LEE is permitted to purchase and possess firearms, and is subject to the same disqualifying conditions set forth in Title 18, United States Code, Section 922(g), as is a U.S. citizen. FBI records checks revealed that LEE is the registered owner of approximately 29 firearms, including both handguns and rifles. FBI records checks show that LEE purchased: a Sig Sauer 9mm handgun, serial number 58J444192 on April 1, 2023; a Glock 9mm handgun, serial number BTHF788, on September 26, 2022; an Anderson Manufacturing 5.56mm rifle, serial number 2142471, on September 26, 2022; a Glock .380 handgun, serial

number AGTD520, on October 10, 2022; a Glock 9mm handgun, serial number AGPG306, on October 26, 2022; a Springfield Armory 9mm handgun, serial number BB214598, on October 29, 2022; a Walther .22 handgun, serial number WA380326, on October 29, 2022; a Sturm Ruger 9mm handgun, serial number 350120332, on October 31, 2022; a Glock 10mm handgun, serial number BXDM319, on November 6, 2022; a Glock 9mm handgun, serial number BYAW231, on November 8, 2022; a Springfield Armory 9mm handgun, serial number BB117615, on November 18, 2022; a .22 handgun, unknown make, serial number 1PT522476, on December 8, 2022; a Smith and Wesson 9mm handgun, serial number JPA3196, on December 9, 2022; a Glock 9mm handgun, serial number AGRU240, on December 19, 2022; a Springfield Armory 9mm handgun, serial number BB409734, on December 22, 2022; a Smith and Wesson 9mm handgun, serial number NJ28168, on January 13, 2023; a Sturm Ruger 9mm handgun, serial number 38559206, on January 13, 2023; a Smith and Wesson .45 handgun, serial number JPM5636, on February 19, 2023; a 9mm handgun, unknown make, serial number 1GC76077, on March 13, 2023; a Sig Sauer 9mm handgun, serial number 58H316926, on March 14, 2023; a Walther 9mm handgun, serial number FDJ6159, on March 17, 2023; a Smith and Wesson .40 handgun, serial number FDV0534, on April 3, 2023; a Glock .40 handgun, serial number BXZY301, on April 7, 2023; a Sig Sauer 5.56mm rifle, serial number 20C126981, on April 14, 2023; a Sturm Ruger .45 handgun, serial number 86168123, on April 19, 2023; a Sturm Ruger 9mm handgun, serial number 46374931, on May 21, 2025; a Smith and Wesson .380 handgun, serial number EJT6249, on May 21, 2025; a Springfield Armory 9mm handgun, serial number BF450102, on May 26, 2025; and a Springfield Armory .380 handgun, serial number BK413694, on October 20, 2025.

6.      In connection with those purchases, LEE was required to and did complete a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 ("4473"), Firearms Transaction

3

Record. Review of the 4473s generated by LEE's recent 2025 firearms purchases show that he listed the Subject Premises as his residence, and telephone number (215) 554-5904.

7.    LEE was also issued a Pennsylvania concealed carry weapon ("CCW") permit in 2022. For the reasons described in greater detail below, that permit was revoked by the Montgomery County Sheriff's Office on February 11, 2026.

### LEE's Impersonation of a Federal Officer

#### October 17, 2025 Reported Road Rage Incident

8.    On October 17, 2025, Abington Township Police Department ("PD") received a call from LEE stating that he is a Navy and government officer and that he tried to pull over an aggressive driver who had tried to hit LEE's vehicle. Shortly thereafter, LEE then entered the Abington Township PD police station to report the incident. LEE told the officer who took his complaint that a black SUV had nearly struck his vehicle, and that he then motioned the black SUV to pull over. The SUV then passed LEE and abruptly pulled over, causing LEE to stop. Two males exited the SUV but did not approach his car, re-entered the SUV, and drove off. LEE told the Abington PD officer that he possessed a CCW permit and that during this incident he had had his gun in a bag next to him but that he did not display it. LEE provided the Subject Premises address as his residence to Abington PD during this encounter, as well as a phone number of (215) 554-5904.

#### February 3, 2026 Temple University Hospital Encounter

9.    Per a Temple University Department of Public Safety Incident Report I obtained and reviewed, on February 3, 2026, LEE appeared at the Temple University Hospital, located at 3509 North Broad Street in Philadelphia to visit his father, who was a patient there. LEE was

openly carrying a firearm in a hip holster and identified himself as a federal law enforcement agent to hospital staff. LEE's sister was interviewed in connection with this incident and told a Temple University Department of Public Safety Officer that she avoids contacting LEE owing to his history of telling lies, and that she believes that he is mentally ill. LEE's sister further stated that she did not know his exact home address, but that he lives in the Fairway Plaza. LEE's sister stated that LEE is not a federal government employee; rather, he works as a cashier at a big lot home improvement store. As described in more detail below, Temple University contacted the Montgomery County Sheriff's Office to request that LEE's CCW permit be revoked based upon LEE's conduct at the hospital.

February 4, 2026 Complaint to Abington PD

10.     On February 4, 2026, LEE appeared at the Abington PD police station to report a complaint about the maintenance man at the Subject Premises, to have some documentation in case something ever happened to LEE. LEE denied that the maintenance man had ever harmed or threatened him, but felt that he is condescending to LEE. LEE told the officer that LEE had multiple cameras set up in and around his apartment in the Subject Premises. LEE provided a phone number of (215) 554-5904 to the officer as well. The Abington PD officer who took LEE's complaint on this occasion observed that LEE appeared to be wearing a body camera around his neck.

February 11, 2026 Encounter at the Bucks County Presbyterian Church, Middletown Township

11.     In the late evening of February 11, 2026, an alarm was triggered at the Bucks County Presbyterian Church in Middletown Township. Responding Middletown Township Police Department officers were advised that the key holder "June Lee" would respond in a black Honda CR-V, Pennsylvania registration LLL-7180. The officers then observed LEE arrive in the

5

Subject Vehicle. LEE was wearing a police-style bulletproof vest and duty belt openly carrying what appeared to be a black semi-automatic handgun with a red dot optic, several magazines, an AR-type rifle magazine, tourniquet, and large knife. LEE told the officers that he was a "special agent" and that they could check his credentials with Abington PD, and that they know him and "back him up." LEE told the officers that he was not able to check the church's surveillance video, did not know that alarm code, and did not have a key to the building, but would check with the church elder who did in the morning.

12.     After LEE departed, a church elder arrived with a key to the church and told the officers that LEE had called him after being contacted by the alarm company. The elder told the officers that LEE had been a janitor at the church but had been let go about a year prior, and must not have been removed as an emergency contact from the key holder call list.  The elder further advised the officers that LEE had several "stalking-type" incidents with females at the church and that something was "off" with LEE. The elder was not surprised when the officers told him that LEE had arrived in a bulletproof vest because LEE had shown up several weeks prior at the church wearing a body-type camera on his chest.

13.     The officers then learned that LEE had his CCW permit revoked the day before by Montgomery County, so a Middletown PD officer made contact with the Abington PD, which has jurisdiction over LEE's residence in the Subject Premises. Abington PD advised the Middletown PD officer about LEE's report of the road rage incident, that LEE had come into the station wearing a body camera, and reported the Subject Premises' janitor in case LEE went missing. Concerned by this information, Middletown PD contacted the Montgomery County Sheriff's Office and learned from a Sheriff's Deputy that Temple University Police had requested that LEE's CCW permit be revoked and that the Sheriff's Office had in fact revoked it. Temple

6

University Police reported that LEE had shown up on February 3, 2026 and attempted to gain entry with a firearm, which is not permitted without proper law enforcement identification. LEE attempted to enter twice and was stopped both times. LEE claimed that he was a federal agent but could not provide identification. A Temple University police officer recognized LEE from a few weeks prior as a male reported by Allied Security attempting to enter the hospital with a firearm. As a result of learning the above information, Middletown PD issued an officer safety alert dated February 12, 2026 to the relevant townships.

14.     On February 12, 2026, Abington PD received information from Middletown PD about the Middletown officers' encounter the night before at the Bucks County Presbyterian Church. Middletown PD described the equipment LEE was wearing and advised that he had claimed that he was a special agent vetted by Abington PD. Middletown PD also advised Abington PD that LEE's CCW permit had been revoked on February 11, 2026 as a result of the Temple University Hospital encounter.

<u>February 14, 2026 Encounter with Abington PD and Seizure of Firearms</u>

15.     On the morning of February 14, 2026, Middletown PD responded to another security alarm at the Bucks County Presbyterian Church. The responding Middletown PD officer spoke with a church elder who advised the officer that there was no problem, but that he had called the alarm company to remove LEE from its emergency contact list. The elder further advised that LEE was no longer welcome at the church, had been removed as an emergency contact, and that he wanted to get a restraining order against LEE. Another church member informed the officer that LEE had shown up at the church the afternoon before, February 13, 2026, wearing a bulletproof vest, an open carry firearm, and a body camera on his chest. LEE asked the church member at that time for the alarm codes so that he could disarm it if he

responded. Following this conversation at the church, the Middletown PD officer contacted LEE on his telephone and recorded the conversation on his body worn camera. The officer advised LEE that he had spoken with the church elder and that LEE was no longer welcome or allowed at the church and that he would be arrested for trespassing if he returned. LEE confirmed that he had been at the church the day before and the officer warned LEE that his CCW had been revoked and that he was not to conceal or open carry a firearm again, and would be subject to arrest if he did. LEE stated that he fully understood and inquired about how to turn in all of his firearms to the police. The Middletown PD officer told LEE to contact Abington PD as his local police department to make those arrangements. After he concluded his conversation with LEE, the Middletown PD officer then contacted Abington PD to alert them to LEE possibly contacting them or arriving at their police station "unannounced or unhinged" to turn in his firearms.

16.     On the afternoon of February 14, 2026, an Abington PD officer observed LEE operating the Subject Vehicle in Abington Township. The officer followed LEE to the parking lot of the Subject Premises. The officer was joined by another Abington PD officer, and the two met LEE in the parking lot and conversed with him about the recent developments at the church and his contacts with the police. When one of the officers asked LEE if he had any firearms in the Subject Vehicle, LEE replied that he had a few and that he was planning to bring them inside the Subject Premises and secure them in his gun safe. When the officers and LEE approached the Subject Vehicle, one of them asked LEE for consent to retrieve the firearms from it, which prompted LEE to ask if he was going to be arrested. An Abington PD sergeant then arrived on the scene, after which LEE granted verbal consent to search the Subject Vehicle for firearms. From the front seat of the Subject Vehicle the officers recovered a loaded 9mm handgun affixed to a duty belt which also held brass knuckles, a large knife and a tourniquet. In the backseat of

the Subject Vehicle, the officers recovered a loaded .380 handgun and an extra loaded magazine. In addition to the handguns, the officers recovered multiple ballistic shields, ballistic vests, knives, and rifle magazines from the Subject Vehicle. LEE confirmed that he had spoken with Middletown PD earlier that day. The officers advised LEE that they would be taking his firearms for safekeeping, and reminded him that his CCW permit had been revoked. LEE then mentioned surrendering his additional firearms inside the Subject Premises to the police. However, the officers advised him that he was free to go.

February 21, 2026 Encounter at Abington PD

17.    On February 21, 2026, LEE called the Abington PD and then appeared at the Abington PD police station to request the return of his firearms. LEE called from telephone number (215) 554-5904. Abington PD retains custody of the firearms seized on February 14, 2026.

April 22, 2026 Encounter at H-Mart and Arrest by PPD

18.    On the afternoon of April 22, 2026, LEE entered the H-Mart Asian supermarket located at 6201 North Front Street in Philadelphia, Pennsylvania. LEE was wearing wraparound sunglasses, a bulletproof vest, a law enforcement-type duty belt, and a holstered open-carry pistol on the duty belt, along with two spare magazines. LEE circulated through the store and then approached the store's security guard, identifying himself as an "FBI agent" and stating that he was there to conduct a security sweep and meet a police officer and a detective. When LEE could not produce any identification, the security guard became suspicious and called 9-1-1. When Philadelphia Police Department ("PPD") officers arrived in response to the 9-1-1 call, LEE approached them after retrieving a document from the Subject Vehicle. LEE told the PPD officers that he was "undercover FBI," and that his credentials were at the Abington police station along

9

with his nine-digit FBI number. He also told the officers that he had just been at the Elkins Park H-Mart, and that he was conducting a "regular check" to make sure that everything was OK. LEE produced the document he had retrieved from the Subject Vehicle, which was the letter dated February 11, 2026 from the Montgomery County Sheriff's Office informing LEE that his CCW had been revoking owing to "IMPERSONATING FEDERAL AGENT" (all upper case in original), and that he needed to return the permit within five days of the letter's date.

19.     When PPD officers ran LEE's information through their law enforcement databases, they confirmed that LEE's CCW permit had been revoked. Consequently, they placed LEE under arrest for Violation of the Uniform Firearms Act. The PPD officers seized the handgun LEE was openly carrying on his hip holster, a 9mm Springfield Hellcat loaded with thirteen live rounds of ammunition, in addition to two loaded magazines LEE was carrying on his duty belt, loaded with a total of 39 live rounds of ammunition. During the encounter with LEE, one of the PPD officers observed in plain view through the rear window of the Subject Vehicle a few backpacks and a long black bag typically used for carrying long guns. When asked if there were any other weapons inside the vehicle, LEE replied that there were rifles inside it. A local search warrant was executed on the Subject Vehicle and a 5.56mm rifle with four magazines, and two 9mm handguns were recovered, along with 109 rounds of 5.56 ammunition and 34 rounds of 9mm ammunition.  LEE was charged with carrying a firearm without a license on the street and false impersonation. LEE was subsequently released after posting a $15,000 cash bond.

20.     Later on April 22, 2026, following LEE's arrest, PPD requested that Abington PD conduct a welfare check at the Subject Premises for any family who may be residing with LEE at the Subject Premises. When an Abington PD officer conducted the check later that day, he found

10

the apartment quiet and nobody home. The next door neighbor reported that she has only ever seen LEE, and no wife or children at the Subject Premises.

21.     In the afternoon of April 27, 2026, LEE appeared at the Abington PD police station and requested mental health treatment. He told the Abington PD officer who met with him that he had been struggling recently with PTSD from serving in the military, and asked if there was anyone in the station with whom he could speak about seeking treatment. The officer informed LEE that there was no one with a medical or psychiatric background at the station that could help him, but that he could go to Abington Memorial Hospital to speak to a crisis doctor. The officer also provided LEE with the Mobile Crisis phone number. LEE replied that he planned to go to the hospital to speak to a doctor and did not need any further police assistance.

<u>FBI Contact with Elkins Park H-Mart Employees</u>

22.     On April 28, 2026, FBI agents conducted an in-person interview of employees at the H-Mart Asian supermarket located at 7320 Old York Road, Suite #110, Elkins Park, Pennsylvania. One employee reported that two security guards had previously told her about LEE, that H-Mart security had seen LEE last week, and that she had seen LEE in person almost a month ago. When the employee encountered LEE, LEE stated he was an officer and then said "FBI." LEE showed the employee a badge and recited a badge number. LEE also had a gun and was wearing body armor. LEE said he was there to protect Korean people. LEE walked around the store before going upstairs and then he departed. In the afternoon of April 22nd, bank security notified the employee that LEE was in the parking lot.

23.     The FBI agents then made contact with an H-Mart security guard, who stated that he saw LEE around 2:00 p.m. in early February 2026. LEE approached the guard at the guard's desk and said he was store security and that he was doing surveillance undercover. LEE was

11

wearing a camouflage vest, handcuffs, extra ammunition magazines and a firearm. LEE disappeared a short time later. The H-Mart employee and security guard were each shown a photograph of LEE and both confirmed LEE as the person they have seen in the Elkins Park H-Mart.

### CONCLUSION

24.    Based on the facts set forth herein, I respectfully submit that probable cause exists to believe that Seok Joon LEE impersonated a federal officer and acted as such, in violation of 18 U.S.C. § 912.

25.    I affirm under penalties of perjury that the facts and circumstances recounted in this affidavit are true and accurate to the best of my knowledge and belief.

Respectfully submitted,

*/s/ Patrick Burke*
PATRICK BURKE
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me by telephone this   29th   day of April 2026.

Pamela A. Carlos
Digitally signed by Pamela A. Carlos
Date: 2026.04.29 02:04:06 -04'00'

HONORABLE PAMELA A. CARLOS
United States Magistrate Judge